1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN M. HALL,                              No.  2:19-cv-0980-EFB P

12                 Plaintiff,

13        v.                                    ORDER

14   NAGARA,

15                 Defendant.

16

17        Plaintiff is a pretrial detainee proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  In addition to filing a complaint, he has filed a request for leave to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for

20   leave to proceed in forma pauperis on the form used by this district.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without

23   prejudice;

24        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

25   Forma Pauperis By a Prisoner; and

26   /////

27   /////

28   /////

3.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order may result in dismissal of this action.

DATED:  June 7, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE